UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IKE NJOKU,<br><br>  Plaintiff,<br><br> v.<br><br>EVERGREEN SALES AND LEASE,<br><br>  Defendant. | CASE NO. C17-558-RSM<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) was referred to the undersigned United States Magistrate Judge. Because plaintiff does not appear able to pay the civil case filing fee, his application to proceed in forma pauperis is hereby **GRANTED**. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of a summons.

The Clerk shall send a copy of this Order to defendant and to the Honorable Ricardo S. Martinez.

DATED this 13th day of April, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1